CHAPMAN *v.* ELLISON.—In error.

*Thursday, January 11, 1844.*

IN a suit on a promissory note, the declaration professing to set out only the legal effect of the note, omitted the words "For value received" which the note contained. *Held,* that the variance was immaterial. *Crenshaw et al.* v. *Bullitt et al.* 1 Blackf. 41, and note.

---

WARD *v.* HAZLERIGG.—In error.

*Thursday, January 11, 1844.*

THE certificate of a justice of the peace to a transcript of his judgment in a cause, filed in the clerk's office in the case of an appeal, was as follows : "State of *Indiana, Fountain* county, ss. I, *H. S. Scott,* a justice of the peace in and for said county, certify that the above is a full and true transcript of the above case from my docket. Given under my hand and seal this 15th day of *April,* 1842. *H. S. Scott,* J. P. (seal.)" *Held,* that the certificate was sufficient. *Wiley* v. *Forsee,* 6 Blackf. 246.